THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL RODRIGUEZ, Appellant. [666 NYS2d 533] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of conspiracy in the sixth degree (Penal Law § 105.00). We reject his contention that the issuance of the eavesdropping warrant was not supported by probable cause (*see, People v Bigelow,* 66 NY2d 417, 423). The application was based on a two-year police investigation into the activities of defendant, who was a member of the Rochester Police Department, and included audio-video tape recordings of conversations between defendant and a private citizen wherein

defendant agreed to provide and did provide to the citizen information obtained by the improper use of police computers.

The evidence is legally sufficient to support the conviction (*see, People v Bleakley,* 69 NY2d 490, 495). While there is no evidence of an express agreement between defendant and his co-conspirator, telephone conversations seized pursuant to the eavesdropping warrant provide ample evidence of an implied agreement (*see, People v Givens,* 181 AD2d 1031, *lv denied* 79 NY2d 1049). (Appeal from Judgment of Monroe County Court, Smith, J.—Conspiracy, 6th Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.